# United States Bankruptcy Court
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON

**VOLUNTARY PETITION**

| | |
|---|---|
| **Name of Debtor** - (If individual, enter Last, First, Middle):<br>GRACE, RONALD ALAN | **Name of Joint Debtor** (Spouse) (Last, First, Middle):<br>GRACE, JOSETTE RENEE |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>2485 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>4230 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>24 Pennacle Drive<br>Charleston, WV 25311 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>24 Pennacle Drive<br>Charleston, WV 25311 |
| County of Residence or of the Principal Place of Business: Kanawha | County of Residence or of the Principal Place of Business: Kanawha |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor:
(if different from address listed above)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [X] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debt** (Check one box)
- [ ] Consumer/Non-Business
- [X] Business

**Filing Fee** (Check one box)
- [X] Full filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT USE ONLY

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

CASE NO: 05-24883
RECEIPT NO: 77731
AMOUNT PAID: 839.00

**Voluntary Petition**

(This page must be completed and filed in every case).

Name of Debtor(s):
RONALD ALAN GRACE and JOSETTE RENEE GRACE

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets)

| Location Where Filed: | Case Number | Date Filed |
|---|---|---|
| None | | |

### Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| None | | |
| District | Relationship | Judge |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ronald A Grace, DDS*
Signature of Debtor

X *Josette Grace*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X *[signature]*
Signature of Attorney for Debtor(s)
CHRISTOPHER S. SMITH           3457
Printed Name of Attorney for Debtor(s)
Hoyer, Hoyer & Smith, PLLC
Firm Name

22 Capitol Street
Charleston, WV 25301
Address
(304) 344-9821                 (304) 344-9519
Telephone Number               Fax Number

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date_____

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address                            Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Prepared using Bankruptcy Plus® by Cornerstone Computer Group Inc., Bellingham, Washington (800) 397-8238

CHRISTOPHER S. SMITH
Hoyer, Hoyer & Smith, PLLC
22 Capitol Street
Charleston, WV 25301
Tel: (304) 344-9821
Fax: (304) 344-9519
**Attorney for Petitioners**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON

In re:  
RONALD ALAN GRACE  
JOSETTE RENEE GRACE  
Debtors

Chapter 11

Case Number:

## VERIFICATION OF CREDITOR MAILING MATRIX

The above named debtors or debtors' attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 1 pages including this declaration, is complete, correct and consistent with the debtors' schedules pursuant to the local bankruptcy rules and we assume all responsibility for errors and omissions.

Dated: Thursday, October 13, 2005

_Ronald A. Grace, DDS_
RONALD ALAN GRACE
Debtor

_Josette Renee Grace_
JOSETTE RENEE GRACE
Joint Debtor

_Christopher S. Smith_
CHRISTOPHER S. SMITH
Attorney for Petitioners

TWENTY LARGEST CREDITORS

MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886-5137

CITI CARDS
P.O. BOX 183069
COLUMBUS, OH 43218-3069

USAA CREDIT CARD SERVICES
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78288-0570

MIDTOWN DENTAL LABORATORY
909 OAKHURST DRIVE
CHARLESTON, WV 25314

DISCOVER PLATINUM CARD
P.O. BOX 15251
WILMINGTON, DE 19886-5251

HPSC, INC.
CUSTOMER CARE
ONE BEACON STREET, 2ND FLOOR
BOSTON, MA 02108

SEARS CREDIT CARDS
P.O. BOX 182456
COLUMBUS, OH 43218-2156

BENCO DENTAL
11 BEAR CREEK BLVD
P.O. BOX 1108
WILKES-BARRE, PA 18773-1108

MBNA AMERICA (DE), N.A.
P.O. BOX 15342
WILMINGTON, DE 19886-5342

LOWE'S
P.O. BOX 530914
ATLANTA, GA 30353-0914

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
P.O. BOX 5292
CAROL STREAM, IL 60197-5292

CITI CARDS
P.O. BOX 183053
COLUMBUS, OH 43218-3053


HENRY CHEIN
135 DURYEA ROAD
MELVILLE, NY 11747


ULTRADENT PRODUCTS, INC.
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 26477
SALT LAKE CITY, UT 84126-0477


GLIDEWELL LABORATORIES
P.O. BOX 33327
DETROIT, MI 48232-9924


DSG TINCHER
BUTLER DENTAL LABORATORY
1799 SMIZER STATION ROAD
P.O. BOX 3636
FENTON, MO 63026


ACCU-BITE, INC.
9429 RELIABLE PARKWAY
CHICAGO, IL 60686


PRISMARK DENTAL
1615 COLLAMAR AVENUE
P.O. BOX 10815
CLEVELAND, OH 44110


DENTAL SUPPLIES & EQUIPMENT
3252 ROUTE 60 EAST
ONA WEST INDUSTRIAL PARK
ONA, WV 25545

MAILING MATRIX

ACCU-BITE, INC
9429 RELIABLE PARKWAY
CHICAGO, IL 60686

ALLEGHENY POWER
800 CABIN HILL DRIVE
GREENSBURG PA 15606-0001

AMERICAN DENTAL ACCESSORIES, INC.
7310 OXFORD STREET
MINNEAPOLIS, MN 55426

BENCO DENTAL
11 BEAR CREEK BLVD
PO BOX 1108
WILKES-BARRE, PA 18773-1108

CITI CARDS
PO BOX 183069
COLUMBUS, OH 43218-3069

CITI CARDS
PO BOX 183053
COLUMBUS, OH 43218-3053

COLOR CRAFT PRINTING
3126 SEVENTH AVENUE
CHARLESTON, WV 25312

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
P.O. BOX 5292
CAROL STREAM, IL 60197-5292

DEN-MAT PROFESSIONAL PRODUCTS CORP.
FILE NO. 52510
LOS ANGELES, CA 90074-2510

DENTAL SUPPLIES & EQUIPMENT
3252 ROUTE 60 EAST
ONA WEST INDUSTRIAL PARK
ONA, WV 25545

DISCOVER PLATINUM CARD
PO BOX 15251
WILMINGTON, DE 19886-5251

DSG TINCHER/BUTLER DENTAL LABORATORY
P.O. BOX 2612
CHARLESTON, WV 25329

GLIDEWELL LABORATORIES
P.O. BOX 33327
DETROIT, MI 48232-9924

```
HENRY SCHEIN
135 DURYEA ROAD
MELVILLE, NY 11747
COLLECTION AGENCY: A.G. ADJUSTMENTS

HPSC, INC.
CUSTOMER CARE
ONE BEACON STREET, 2ND FLOOR
BOSTON, MA 02108

HUNTINGTON BANKS EA1W18
PO BOX 182387
COLUMBUS OH 43218-2387

HUNTINGTON MORTGAGE
PO BOX 182367
COLUMBUS, OHIO,   43218-2387

INTERNAL REVENUE SERVICE
PO BOX 145566
CINCINNATI, OHIO  45250-5566

LOWE'S
P.O. BOX 530914
ATLANTA, GA 30353-0914

MBNA AMERICA
P.O. BOX 15137
WILMINGTON, DE 19886-5137

MBNA AMERICA (DE), N.A.
PO BOX 15342
WILMINGTON, DE 19886-5342

MIDTOWN DENTAL LABORATORY
909 OAKHURST DRIVE
CHARLESTON, WV 25314

ORDONT ORTHODONTIC LABORATORIES
1799 SMIZER STATION ROAD
P.O. BOX 3636
FENTON, MO 63026

PRISMARK DENTAL
1615 COLLAMER AVE
PO BOX 10815
CLEVELAND, OH 44110

PROCTER & GAMBLE
PO BOX 4751
MARTINSVILLE, VA 24115-4751

STERNGOLD DENTAL, LLC
PO BOX 845283
BOSTON, MA 02284-5283

SYCOM
PO BOX 88042
CHICAGO, IL 60680-1042
```

TANDEM ORAL CARE
50 LAKEVIEW PARKWAY, #117
VERNON HILLS, IL 60061

ULTRADENT PRODUCTS, INC.
ATTN: ACCOUNTS RECEIVABLE
PO BOX 26477
SLC, UT 84126-0477

USAA CREDIT CARD SERVICES
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78288-0570

VERIZON
PO BOX 17577
BALTIMORE, MD 21297-0513

WEST VIRGINIA DIRECTORY CO.
P.O. BOX 11627
CHARLESTON, WV 25339

WV STATE TAX DEPARTMENT