FILED

NOV - 8 2005

TERESA L. DEPPNER, CLERK
U.S. DISTRICT & BANKRUPTCY COURTS
SOUTHERN DISTRICT OF WEST VIRGINIA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**RONALD ALAN GRACE and**  
**JOSETTE RENEE GRACE,**

Case No. 05-24883  
Chapter 11 Reorganization

**Debtors-in-Possession.**

### AMENDMENT TO MAILING MATRIX

COMES NOW the Debtors, Ronald Alan Grace and Josette Renee Grace, by Counsel, and amends the Mailing Matrix in this case to include the following creditors:

> City of Charleston
> Post Office Box 1026
> Charleston, WV 25324

the foregoing respectfully submitted on this day, November 7, 2005.

**RONALD ALAN GRACE and**  
**JOSETTE RENEE GRACE**  
**By Counsel**

_[signature]_

Jennelle L. Harper  WV State Bar #9665
Hoyer, Hoyer & Smith, PLLC
22 Capitol Street
Charleston, WV  25301
(304) 344-9821; (304) 344-9519 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**RONALD ALAN GRACE and
JOSETTE RENEE GRACE,**

Case No. 05-24883
Chapter 11 Reorganization

Debtors-in-Possession.

### CERTIFICATE OF SERVICE

I, Jennelle L. Harper, do hereby certify that on the ___7___ day of _November_, 2005, the foregoing **AMENDMENT TO MAILING MATRIX** was served by United States first class mail, postage prepaid on the following:

> David L. Bissett
> Assistant U.S. Trustee
> The Robert C. Byrd Federal Courthouse
> 300 Virginia Street, East, Room 2025
> Charleston, West Virginia 25301

_____
Jennelle L. Harper